No. 525. KATCHADOR M. TARPENIAN, APPELLANT, *v.* WILLIAM WILLIAMS, UNITED STATES COMMISSIONER OF IMMIGRATION, ETC. Appeal from the Circuit Court of the United States for the Southern District of New York. November 28, 1910. Dismissed with costs on motion of

counsel for appellant. *Mr. Everett P. Wheeler* for appellant. *The Attorney General* for appellee.